UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1: 95-CR-5218 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | STATUS  CONFERENCE |
| v. ) | AND ORDER THEREON |
| CORNELL WINSTON WARREN, ) | |
| Defendant. ) | |

    The defendant, CORNELL WINSTON WARREN, through his counsel, John F. Garland, and the United States of America, through its counsel, McGregor W. Scott, United States Attorney and Kevin P. Rooney, Assistant United States Attorney, hereby stipulate to continue the defendant's status conference from August 27, 2007 to **September 10, 2007** at **9:00 a.m.** This continuance is necessary to allow the parties additional time to exchange discovery and to investigate matters relating to the alleged violations of supervised release.

Dated: August 22, 2007         /s/ John F. Garland
    JOHN F. GARLAND
    Attorney for Defendant

Dated: August 22, 2007       McGregor W. Scott
    United States Attorney

1

1
2
                                   /s/ Kevin P. Rooney
              By:  KEVIN P. ROONEY
                  Assistant U.S. Attorney

3
4
5                                  <u>ORDER</u>

6     GOOD CAUSE APPEARING, based on the stipulation of the parties,

7 IT IS HEREBY ORDERED that the status conference for defendant CORNELL WINSTON

8 WARREN  is continued to September 10, 2007 at 9:00 a.m.

9 IT IS SO ORDERED.

10 **Dated:   August 23, 2007**                              **/s/ Anthony W. Ishii**
                                                             UNITED STATES DISTRICT JUDGE